```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03798
    JOSEPH EDWARDS
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-0129


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/20/2008 and was confirmed 05/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP       UNSECURED            205.23            .00             .00
SPRINT PCS                  UNSECURED         NOT FILED            .00             .00
WOW INTERNET & CABLE SER    UNSECURED         NOT FILED            .00             .00
AT&T BROADBAND              UNSECURED         NOT FILED            .00             .00
AT&T BROADBAND              UNSECURED         NOT FILED            .00             .00
PATHOLOGY ASSOCIATES OF     UNSECURED         NOT FILED            .00             .00
HSBC BANK NEVADA NA         UNSECURED            282.83            .00             .00
LAKE IMAGING LLC            UNSECURED         NOT FILED            .00             .00
LAKE IMAGING LLC            UNSECURED         NOT FILED            .00             .00
PROGRESSIVE INSURANCE CO    UNSECURED         NOT FILED            .00             .00
NICOR GAS                   UNSECURED         NOT FILED            .00             .00
US BANK NATIONAL ASSOCIA    CURRENT MORTG         .00              .00             .00
US BANK NATIONAL ASSOCIA    MORTGAGE ARRE      478.00              .00          478.00
CITIFINANCIAL AUTO CREDI    UNSECURED         11392.33             .00             .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT      304.00              .00          304.00
US BANK NATIONAL ASSOCIA    NOTICE ONLY     NOT FILED              .00             .00
PHARIA LLC                  UNSECURED             .00              .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY          .00                               .00
TOM VAUGHN                  TRUSTEE                                             68.00
DEBTOR REFUND               REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               850.00

PRIORITY                                      304.00
SECURED                                       478.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           68.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03798 JOSEPH EDWARDS
```

```
DEBTOR REFUND                                                          .00
                                    ---------------        ---------------
TOTALS                                       850.00                 850.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE